UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CHRISTIAN BOJORQUEZ,<br><br>  Defendant. | Case No. 02-cr-1872-L<br><br>ORDER AND JUDGMENT FOR THE DISMISSAL OF THE INDICTMENT |

    Upon application of the Government and good cause appearing thereof,

    IT HEREBY IS ORDERED that the Government's motion to dismiss the Indictment is GRANTED and this action is hereby dismissed with prejudice.

Dated: February 14, 2018

*Hon. M. James Lorenz*
United States District Judge